LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION & INDEMNITY ASSOCIATION, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION & INDEMNITY ASSOCIATION, INC.,

        Plaintiff,

  - against -            <u>ECF CASE</u>

                  07 Civ. 6183 (MGC)

ACTION MARITIME S.A. and
TAVROS SHIPPING LTD. a/k/a TAVRUS   **RULE 7.1**
SHIPPING LTD.,            **DISCLOSURE STATEMENT**

        Defendants.

-------------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION & INDEMNITY ASSOCIATION, INC., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

  Dated: New York, New York
     July 2, 2007

LYONS & FLOOD, LLP<br>
Attorneys for Plaintiff<br>
AMERICAN STEAMSHIP OWNERS<br>
MUTUAL PROTECTION & INDEMNITY<br>
ASSOCIATION, INC.

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2600018\Pleadings\Rule 7.1.doc