UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION & INDEMNITY ASSOCIATION, INC.,

                        Plaintiff,

- against -

ACTION MARITIME S.A. and
TAVROS SHIPPING LTD. a/k/a TAVRUS
SHIPPING LTD.,
                        Defendants.
------------------------------------------------------------------X

JUDGE CEDARBAUM

ECF CASE

07 CIV 6183

ORDER APPOINTING
PERSON TO SERVE
PROCESS

Upon motion of Plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or an employee of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, is not a party to or an attorney in this action, and that the expediting of the service of process will result from such appointment,

IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

Dated: New York, New York
       July __, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,      CLERK

BY _____
            DEPUTY CLERK

SO ORDERED:

Miriam Goldman Cedarbaum

7-13-07