LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION & INDEMNITY ASSOCIATION, INC.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION & INDEMNITY ASSOCIATION, INC.,

                            Plaintiff,

            - against -

                                            **ECF CASE**

                                            07 Civ. 6183 (MGC)

ACTION MARITIME S.A. and
TAVROS SHIPPING LTD. a/k/a TAVRUS
SHIPPING LTD.,

                            Defendants.

-------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendants, plaintiff hereby

voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: September 12, 2007

                            Respectfully submitted,

                            LYONS & FLOOD, LLP
                            Attorneys for plaintiff

            By:     _____
                            Kirk M. Lyons (KL-1568)
                            65 West 36th Street, 7th Floor
                            New York, New York 10018
                            (212) 594-2400

U:\kmh\docs\2600018\Pleadings\Notice of Voluntary Dismissal.doc

                                            **SO ORDERED!**

                            S/ _____
                                            **U.S.D.J.**
                                    September 17, 2007